**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MIGUEL ANGEL MALDONADO VAZQUEZ, *on behalf of himself as an individual and on behalf of others similarly situated*,<br><br>Petitioner,<br><br>v.<br><br>DIRECTOR THOMAS E. FEELEY, *et al.*,<br><br>Respondents. | Case No. 2:25-cv-01542-RFB-EJY<br><br>**ORDER** |

Miguel Angel Maldonado Vazquez, who is represented by counsel and detained at Nevada Southern Detention Center, has filed what he has styled as a "Class Action Complaint and Petition for Writ of Habeas Corpus," brought ostensibly under 28 U.S.C. § 2241. ECF No. 1. He challenges his continued detention during the pendency of his removal proceedings after an Immigration Judge granted his release on a $1,500 bond. He argues that the automatic stay provision under 8 C.F.R. § 1003.19(i)(2) nullifying the Immigration Judge's release order notwithstanding explicit findings of no danger and no flight risk violates his Fifth and Fourteenth Amendment rights and violates the Administrative Procedure Act. The Court has conducted a preliminary review of the Petition and directs that it be served on Respondents.

**IT IS THEREFORE ORDERED** that the Clerk of Court electronically **SERVE** copies of the Petition (ECF No. 1) and this order upon Respondents as follows:

1. By electronically through CM/ECF serving a copy of the petition and this order on the United States Attorney for the District of Nevada pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure by adding United States Attorney for the District of Nevada to the docket as an Interested Party and sending the documents to

Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov. This does not indicate acceptance of service.

2. By sending a copy of the petition and this order by mail to (1) Thomas E. Feeley, acting Field Office Director of the Salt Lake City Field Office of U.S. Immigration and Customs Enforcement's Enforcement and Removal Operations division, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096; (2) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060; (3) Kristi Noem, Secretary, United States Department of Homeland Security Washington, DC 20528; (4) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Ave. NW, Washington DC 20530; and (5) Sirce Owen, Director of Executive Office for Immigration Review, 5107 Leesburg Pike, Falls Church, VA 22041 pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that respondents must appear in this action within **5 days** of the date of this order and must file and serve a response to the Petition (ECF No. 1) within **20 days** of the date of this order, unless additional time is allowed for good cause shown. Petitioner will have 15 days following the date the response is filed to file and serve a reply. Local Rule 7-2(b) will govern the schedule for briefing of motions.

**IT IS FURTHER ORDERED** that all exhibits filed by Respondents and Petitioner must be filed with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be identified by the number or letter of the exhibit in the attachment. Each exhibit must be filed as a separate attachment. A hard copy (courtesy copy) of all pleadings and indices of exhibits only must be sent to Attn: Staff Attorney, in care of the Office of the Clerk of Court, United States District Court, 400 South Virginia St., Reno, NV 89501.

**DATED:** August 22, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**